### 33975. ATLANTIC COMPANY *v.* WEST *et al.*

SUTTON, C.J. This case is controlled by the rulings made in *Atlantic Company* v. *Jones et al.*, ante.

*Judgment affirmed. Felton and Worrill, JJ., concur.*

DECIDED MAY 9, 1952.

*Erwin Sibley*, for plaintiff in error.

*James M. Watts Jr., C. S. Baldwin Jr., Carlton Mobley*, contra.